

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN ALLEN CRAMER,<br>Defendant. | Case No. CR 21-120-JFW<br>ORDER OF DETENTION |

I.

On August 29, 2022, Defendant made his initial appearance – by consent to video teleconference - on the indictment filed in this matter. John Targowski, a

member of the indigent defense panel, was appointed to represent Defendant. A detention hearing was held.

☐     On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒     On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered

all the evidence adduced at the hearing including the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ limited ties to the Central District of California.
- ☒ history of outstanding warrants
- ☒ provided false name and identification to arresting officers
- ☒ insufficient information re proffered bail resources

As to danger to the community:

- ☒ Allegations in the indictment involve possession of postal keys, stolen mail and aggravated identity theft.
- ☒ history of substance abuse
- ☒ criminal history includes felony convictions for narcotics, mail theft, possession of stolen vehicle and felon in possession of a firearm, in addition to numerous misdemeanor convictions and contacts with law enforcement.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

3

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 29, 2022

/s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE